UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RUFUS LOVELL BROOKS,**

      **Plaintiff,**

v.                                   Case No. 6:25-cv-703-CEM-LHP

**TERI-LYNNE JOHANSSON,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on review of the file. The United States Magistrate Judge issued a Report and Recommendation (Doc. 37), recommending that the Second Amended Complaint be dismissed without prejudice for a lack of subject matter jurisdiction.[1]

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 37) is **ADOPTED** and made a part of this Order.

---

[1] This will render moot Plaintiff's Motion to Dismiss (Doc. 38).

2. The Second Amended Complaint (Doc. 35) is **DISMISSED without prejudice.**

3. Plaintiff's Motions to Dismiss (Doc. Nos. 34 and 38 ) are **DENIED as moot**.

4. The Clerk of Court is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party